O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR90-425-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| SIDNEY MAIDEN, ) | |
| Defendant. ) | |
| _____ ) | |

On March 23, 2009, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed September 18, 2007. The Government, Jennifer Chou, the defendant and his appointed attorney, Myra Sun, were present. The U.S. Probation Officer, Paul Parsons, was also present.

The defendant admits violation of her supervised release as stated in the petition filed September 18, 2007. The Court finds the admissions to the allegations in the petition filed September 18, 2007 voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS the defendant is in violation of the terms and conditions of his supervised release imposed on December 20, 1993. Defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of nine (9) months, with no supervision to follow. It is further ordered that defendant's supervised release is hereby revoked and reinstated for a term of twenty-seven (27) months, under the same terms and conditions as previously imposed.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: April 6, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _/s/ _____
Ricardo Juarez, Deputy Clerk

2